# UNITED STATES DISTRICT COURT
## District of South Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | |
| DAVID S. LOOKS TWICE | Case Number: F096386/SD24 |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__  Pled **guilty** to __possession of alcohol_____:
____   Was found **not guilty** of_____ after a plea of not guilty.
____   Was found **guilty** of _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 261.58(b) | Possession of alcohol | 07/12/02 | I |

Defendant is sentenced as provided in pages 1 through __2__ of this Judgment.

**Defendant appeared pursuant to a Warrant and Arrest.**

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's mailing address:

312 Hillview
Box Elder, SD 57719

Defendant's residence Address:

312 Hillview
Box Elder, SD 57719

Date of Imposition: January 12, 2006

Date Signed: January 12, 2006

_____
MARSHALL P. YOUNG
UNITED STATES MAGISTRATE JUDGE

Judgment-Page 2 of 2

Defendant: DAVID S. LOOKS TWICE
Case Number: F096386/SD24

## FINE

The defendant shall pay a fine of **$200.00.** The fine includes any costs of incarceration and/or supervision.

The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

__X__ the interest requirement is waived.

____ the interest requirement is modified as follows:

This fine plus any interest required shall be paid:

____ in full immediately.
____ in full not later than_____.
____ in equal monthly installments of _____.
__X__ in installments according to the following schedule of payments:

**Defendant will pay $50 every two weeks beginning March 23, 2006; payments due March 23, 2006; April 6, 2006; April 20, 2006; and May 4, 2006**

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

# UNITED STATES DISTRICT COURT
### District of South Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: F096385/SD24 |
| DAVID S. LOOKS TWICE | |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ Pled **guilty** to __possession of marijuana_____.
____ Was found **not guilty** of_____ after a plea of not guilty.
____ Was found **guilty** of _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| | Possession of marijuana | 07/12/02 | I |

Defendant is sentenced as provided in pages 1 through __2__ of this Judgment.

**Defendant appeared pursuant to a Warrant and Arrest.**

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's mailing address:

312 Hillview
Box Elder, SD 57719

Defendant's residence Address:

312 Hillview
Box Elder, SD 57719

Date of Imposition: January 12, 2006

Date Signed: January 17, 2006

_____
MARSHALL P. YOUNG
UNITED STATES MAGISTRATE JUDGE

Judgment-Page 2 of 2

Defendant: DAVID S. LOOKS TWICE
Case Number: F096385/SD24

## FINE

The defendant shall pay a fine of **$200.00.** The fine includes any costs of incarceration and/or supervision.

The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

__X__ the interest requirement is waived.

____ the interest requirement is modified as follows:

This fine plus any interest required shall be paid:

____ in full immediately.
____ in full not later than_____.
____ in equal monthly installments of _____.
__X__ in installments according to the following schedule of payments:

**Defendant will pay $50 every two weeks beginning January 26, 2006; payments due January 26, 2006; February 9, 2006; February 23, 2006; and March 9, 2006**

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.